# JOHN D. LYNCH
### ATTORNEY AT LAW

1814 KENNEDY BOULEVARD
UNION CITY, N.J. 07087

(201) 867-2008
*Fax (201) 867-6654*

May 24, 2010

Hon. Jose L. Linares, USDJ
M.L. King, Jr. Federal Building
and Courthouse – Room 5054
50 Walnut Street
Newark, New Jersey 07101

Re:    United States v. Louis Manzo
Mag. No. 09-759 (JLL)

Dear Judge Linares:

Due to the Government's appeal of Your Honor's Order of April 28, 2010, it is respectfully requested that the May 26, 2010 deadline for the filing of defendant's motions be extended until Monday, May 31, 2010.

Respectfully yours,

_____
JOHN D. LYNCH, ESQ.

JDL:kd
cc: Samuel DeLuca, Esq.
cc: Christopher Gramiccioni, A.U.S.A.

**SO ORDERED:** _____
**DATED:** _____ 5/25/10 ____

*The Court also has scheduled a telephone conference for Thursday, May 27, 2010, at 2:00PM. The Government shall initiate the call with all parties and the Court.*