# JOHN D. LYNCH
### ATTORNEY AT LAW

1814 KENNEDY BOULEVARD  
UNION CITY, N.J. 07087

(201) 867-2008  
Fax (201) 867-6654

September 27, 2011

Hon. Jose L. Linares, USDCJ  
United States District Court  
M.L. King, Jr. Federal Building  
and Courthouse – Room 5054  
50 Walnut Street  
Newark, New Jersey 07101

                        Re:     United States v. Louis Manzo  
                                  Criminal No. 09-759 (JLL)

Dear Judge Linares:

       As the Court is aware, the undersigned represents the defendant in the above captioned matter. Pursuant to Your Honor's Order, the defendant must file his pretrial motions by today. While several motions will be filed early this afternoon on behalf of Mr. Manzo, I am still in the process of researching one additional issue.

       Accordingly, with regard to this particular point, I am requesting an additional three week extension in order to determine whether or not the point under consideration should in fact be filed. (I am requesting three weeks instead of two as I am scheduled to leave for vacation later today until early next week).

       Please note that I have the consent of AUSA Bradley Harsch to this request.

       Kindly advise.

                                                                    Respectfully yours,

                                                                    JOHN D. LYNCH, ESQ.

JDL:kd  
cc: Bradley Harsch, A.U.S.A.

*Extension granted to 10/18/11.*

**SO ORDERED:** _____  
**DATED:** _____ 9-28-11