NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LOUIS MANZO,<br><br>　　　　　　Defendants. | Criminal No.: 09-759 (JLL) 01<br><br><br><br>ORDER |

Please be advised that oral argument on all pending motions is scheduled for **Friday, January 6, 2012** at **1:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares,
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　December 1, 2011